IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, | ) ) ) |
| *Plaintiff,* | ) C.A. No.: 1:21-cv-00166 ) |
| v. | ) HONORABLE SUSAN P. BAXTER ) UNITED STATES DISTRICT JUDGE |
| JM CLARK CONSTRUCTION, LLC, and JOHN M. CLARK, | ) ) ) |
| *Defendants.* | ) |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

NOW COMES Plaintiff, The Ohio Casualty Insurance Company, and Defendants, JM Clark Construction, LLC, and John M. Clark, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby give notice to the Court that the parties have agreed to and hereby voluntarily dismiss with prejudice, all claims of each party in this case, with each party to pay its respective costs. This matter is hereby closed.

AGREED TO AND PREPARED BY:

Date:  April 18, 2022

| | |
|---|---|
| */s/ Amy E. Bentz* | */s/ D. Matthew Jameson* |
| Amy E. Bentz (PA I.D. 52691) | D. Matthew Jameson III (PA I.D. 67764) |
| Sean T. Bollman (PA I.D. 329494) | Gerard A. Hornby (PA I.D. 328854) |
| *BENTZ LAW FIRM, P.C.* | *BURNS WHITE LLC* |
| The Washington Center Building | Burns White Center |
| 680 Washington Road, Suite 200 | 48 26th Street |
| Pittsburgh, PA 15228 | Pittsburgh, PA  15222 |
| Tel:  (412) 563-4500 | Tel:    (412) 995-3083 (Mr. Jameson) |
| Fax:  (412) 563-4480 |            (412) 995-3023 (Mr. Hornby) |
| E-mail: aebentz@bentzlaw.com | Fax:   (412) 995-3300 |
|           stbollman@bentzlaw.com | E-mail: dmjameson@burnswhite.com |
| | gahornby@burnswhite.com |
| *Counsel for Plaintiff,* | *Counsel for Defendants,* |
| *The Ohio Casualty Insurance Company,* | *JM Clark Construction, LLC,* |
| | *and John M. Clark* |