IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,        )<br>)<br>*Plaintiff*,        )<br>)<br>v.        )<br>)<br>JM CLARK CONSTRUCTION, LLC,        )<br>and JOHN M. CLARK,        )<br>)<br>*Defendants*.        ) | C.A. No.: 1:21-cv-00166<br><br>HONORABLE SUSAN P. BAXTER<br>UNITED STATES DISTRICT JUDGE |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

NOW COMES Plaintiff, The Ohio Casualty Insurance Company, and Defendants, JM Clark Construction, LLC, and John M. Clark, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby give notice to the Court that the parties have agreed to and hereby voluntarily dismiss with prejudice, all claims of each party in this case, with each party to pay its respective costs. This matter is hereby closed.

AGREED TO AND PREPARED BY:

Date: April 18, 2022

/s/ Amy E. Bentz

Amy E. Bentz (PA I.D. 52691)
Sean T. Bollman (PA I.D. 329494)
*BENTZ LAW FIRM, P.C.*
The Washington Center Building
680 Washington Road, Suite 200
Pittsburgh, PA 15228
Tel: (412) 563-4500
Fax: (412) 563-4480
E-mail: aebentz@bentzlaw.com
         stbollman@bentzlaw.com

*Counsel for Plaintiff,*
*The Ohio Casualty Insurance Company,*

/s/ D. Matthew Jameson

D. Matthew Jameson III (PA I.D. 67764)
Gerard A. Hornby (PA I.D. 328854)
*BURNS WHITE LLC*
Burns White Center
48 26th Street
Pittsburgh, PA 15222
Tel: (412) 995-3083 (Mr. Jameson)
     (412) 995-3023 (Mr. Hornby)
Fax: (412) 995-3300
E-mail: dmjameson@burnswhite.com
         gahornby@burnswhite.com

*Counsel for Defendants,*
*JM Clark Construction, LLC,*
*and John M. Clark*

It is so ordered.

/s/ Susan Paradise Baxter